Filing # 51967053 E-Filed 02/02/2017 11:03:01 AM

16-2017-CA-000667-XXXX-MA

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

JAMES AUCK,
an individual,

        Plaintiff,

vs.

COMMERCIAL METALS COMPANY,
a Foreign For Profit Corporation

        Defendant.
_____/

## COMPLAINT

Plaintiff, JAMES AUCK ("Plaintiff"), sues Defendant, COMMERCIAL METALS COMPANY, INC. a Foreign For Profit Corporation ("Defendant"), and alleges:

1. This is an action for damages that exceed $15,000.00, exclusive of costs.

2. At all times material, Plaintiff resided in Jacksonville, Duval County, Florida.

3. On June 6, 2015, Defendant, owned a tractor trailer that was operated by Defendant's employee.

4. At all times material, Defendant's employee reversed the tractor trailer and backed into Plaintiff's vehicle, at 2038 Lane Avenue N., Jacksonville, Duval County, Florida 32254.

5. At that time and place, Plaintiff owned and operated a motor vehicle that, was stopped waiting in line at 2038 Lane Avenue N., Jacksonville, Duval County, Florida 32254.

6. At that time and place, Defendant's employee failed to stop in a timely manner, causing the tractor trailer to collide with the rear of Plaintiff's motor vehicle.

7. At all times material, Defendant owed Plaintiff a duty to use reasonable care in the operation of her motor vehicle.

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 02/02/2017 02:33:05 PM

8. At all times material, Defendant breached her duty by failing to exercise ordinary and reasonable care in the operation of her motor vehicle when she collided with the rear of Plaintiff's motor vehicle.

9. As a result of Defendant's negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff, will suffer the losses in the future.

WHEREFORE, Plaintiff, JAMES AUCK, demands judgment for damages against Defendant COMMERCIAL METALS COMPANY, INC. and demands a jury trial.

Dated this 1 day of February 2017

THE LAW OFFICE OF NOONEY & ROBERTS

Michael K. Roberts
Florida Bar No. 779741
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992 telephone
(904) 858-9943 facsimile
mroberts@nooneyandroberts.com
Attorney for Plaintiff

## DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Fla.R.Civ.P.2.516 (effective September 1, 2012), Attorney for Plaintiffs, designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address: mroberts@nooneyandroberts.com
Secondary email addresses: nwalker@nooneyandroberts.com
pleadings@nooneyandroberts.com

THE LAW OFFICE OF NOONEY & ROBERTS

Michael K. Roberts
Florida Bar No.: 779741
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
mroberts@nooneyandroberts.com
Attorney for Plaintiffs