UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES AUCK, an individual,

    Plaintiff,

v.                                      Case No. 3:17-cv-956-J-32PDB

COMMERCIAL METALS
COMPANY, a Foreign For Profit
Corporation,

    Defendant.

_____

## **O R D E R**

Upon review of Stipulation of Dismissal (Doc. 14), filed on November 30, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record